657 A.2d 437

IN THE MATTER OF GREGORY M. IMPERIALE,
AN ATTORNEY AT LAW.

May 9, 1995.

**ORDER**

The Disciplinary Review Board having filed a report with the Court on March 9, 1995, recommending that **GREGORY M. IMPERIALE** of **NORTHFIELD,** who was admitted to the bar of this State in 1981, be reprimanded for failure to keep the books and records required by *Rule* 1:21-6, and for the negligent misappropriation of client trust funds, in violation of *RPC* 1.15(a) and (d) and *Rule* 1:21-6, and good cause appearing;

It is ORDERED that **GREGORY M. IMPERIALE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.